| | |
|---|---|
| JOSE MORALES GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:20-cv-01146-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES<br><br>(ECF No. 2) |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

On August 17, 2020, Plaintiff Jose Morales Gonzalez ("Plaintiff") filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) Upon review of the application, while Plaintiff indicates he receives $13.00 per hour, he doesn't state the amount of his take-home salary for a pay period. (Id. at 1.) Further, Plaintiff indicates that his spouse's income is "[r]oughly 2k . . . varies hours worked seasonal job 1-3 months." (Id. at 2.) Based on this incomplete information, the Court is unable to determine if Plaintiff is entitled to proceed without prepayment of fees in this action without additional information concerning all sources of income and expenses/financial obligations.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239, and provide information concerning his and his spouse's income and expenses. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's Application to Proceed Without Prepayment of Fees is DENIED without prejudice;
2. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;
3. Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and
4. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated: __**August 18, 2020**__

UNITED STATES MAGISTRATE JUDGE

2