# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORALES GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:20-cv-01146-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>(ECF No. 3)<br><br>FIVE DAY DEADLINE |

On August 17, 2020, Plaintiff Jose Morales Gonzalez ("Plaintiff") filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) Upon review of the application, the Court was unable to determine if Plaintiff is entitled to proceed without prepayment of fees in this action without additional information concerning all sources of income and expenses/financial obligations. On August 18, 2020, an order issued requiring Plaintiff to file a long form application to proceed without prepayment of fees or pay the filing fee within twenty days. The deadline has passed and Plaintiff has not filed a long form application to proceed without prepayment of fees, paid the filing fee in this action, or otherwise responded to the August 18, 2020 order.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all

sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, the Court HEREBY ORDERS PLAINTIFF TO SHOW CAUSE within **five (5) days** of the date of entry of this order why this action should not be dismissed for failure to comply with the August 18, 2020 order. **Plaintiff is forewarned that the failure to show cause may result in the imposition of monetary sanctions and the dismissal of this action.**

IT IS SO ORDERED.

Dated: **September 10, 2020**

UNITED STATES MAGISTRATE JUDGE